Tammy Hussin
Lemberg & Associates, LLC
6404 Merlin Drive
Carlsbad, California 92011
Telephone: (855) 301-2100 Ext. 5514
Facsimile: (203) 653-3424

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| Mary Russell<br><br>PLAINTIFF(S)<br>v.<br>Worldwide Recoveries, LLC; Platinum Recovery; Premium Recovery d/b/a Premium Services; and DOES 1-10, inclusive,<br><br>DEFENDANT(S). | SACV13-0493<br><br><br><br>SUMMONS |

TO: DEFENDANT(S): Worldwide Recoveries, LLC; Platinum Recovery; Premium Recovery d/b/a Premium Services

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, <u>Tammy Hussin, of counsel Lemberg & Associates</u>, whose address is <u>6404 Merlin Drive, Carlsbad, CA 92011</u>. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Dated: MAR 2 7 2013

Clerk, U.S. District Court

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

CV-01A (12/07)    SUMMONS

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>LEMBERG & ASSOCIATES LLC ATTORNEYS AT LA<br>1100 SUMMER STREET, 3RD FLOOR<br>STAMFORD, CT 06905<br>*Telephone No:* 203 653-2250    *FAX No:* 203 653-3424<br>crosenstock@lemberglaw.com<br>*Attorney for:* Plaintiff | *For Court Use Only* |

*Ref. No. or File No.:* 7856-001

*Insert name of Court, and Judicial District and Branch Court:*
United States District Court - Central District Of California

*Plaintiff:* MARY RUSSELL
*Defendant:* WORLDWIDE RECOVERIES, LLC, ET AL.

| **PROOF OF SERVICE**<br>**Summons and Complaint** | Hearing Date: | Time: | Dept/Div: | Case Number:<br>SACV130493 |
|---|---|---|---|---|

1. *At the time of service I was at least 18 years of age and not a party to this action.*

2. I served copies of the SUMMONS AND COMPLAINT; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; CERTIFICATION AND NOTICE OF INTERESTED PARTIES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; CIVIL MINUTES - GENERAL

3. a. *Party served:* PLATINUM RECOVERY
   b. *Person served:* SCOTT CASS, MANAGER/ PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS, White, Male, 45 Years Old, Brown Hair, Brown Eyes, 5 Feet 7 Inches, 200 Pounds

4. *Address where the party was served:* 2414 SOUTH FAIRVIEW STREET
   SUITE 210
   SANTA ANA, CA 92704

5. *I served the party:*
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Wed., Apr. 17, 2013 (2) at: 1:20PM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: PLATINUM RECOVERY
   Other: A BUSINESS ORGANIZATION, FORM UNKNOWN, under CCP 415.95.

7. **Person Who Served Papers:**
   a. ALAN THOMAS

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:* $35.00

   e. I am: (3) registered California process server
       (i) Independent Contractor
       (ii) Registration No.: 1098
       (iii) County: RIVERSIDE
       (iv) Expiration Date: Thu, Mar. 26, 2015

   www.kernlegal.com
   KERN LEGAL SERVICES
   1614 W. Temple Street, Los Angeles CA 90026
   (213) 483-4900 • Fax: (213) 483-7777
   *Professional Legal Services and Photocopying at an affordable price!*

8. *I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.*
   Date: Fri, Apr. 19, 2013

   (ALAN THOMAS)

| Judicial Council Form POS-010<br>Rule 2.150.(a)&(b) Rev January 1, 2007 | PROOF OF SERVICE<br>Summons and Complaint | 7856001 .2673.143051 |
|---|---|---|

LEMBERG & ASSOCIATES LLC ATTORNEYS AT LA
1100 SUMMER STREET, 3RD FLOOR
STAMFORD, CT 06905

Phone: 203 653-2250 FAX: 203 653-3424
Attorney File #7856-001
[143051]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY RUSSELL<br><br>Plaintiff(s)<br>v.<br>WORLDWIDE RECOVERIES, LLC, ET AL.<br><br>Defendant(s) | CASE NUMBER:<br>SACV130493<br><br>**PROOF OF SERVICE**<br>**SUMMONS AND COMPLAINT**<br>(Use separate proof of service for each person/party served) |

1. At the time of service I was at least 18 years of age and not a party to this action and **I served** copies of the *(specify documents)*:
   a. [X] summons   [X] complaint   [ ] alias summons   [ ] first amended complaint
   [ ] second amended complaint
   [ ] third amended complaint

   [X] other *(specify)*: NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOV

2. **Person served:**
   a. [ ] Defendant *(name)*: PLATINUM RECOVERY
   b. [X] Other *(specify name and title or relationship to the party/business named)*:
      SCOTT CASS, MANAGER/ PERSON AUTHORIZED TO ACCEPT SERVICE OF PROCESS
   c. [X] Address where papers were served: 2414 SOUTH FAIRVIEW STREET SUITE 210 SANTA ANA, CA 92704

3. **Manner of Service** in compliance with *(the appropriate box **must** be checked)*:
   a. [X] Federal Rules of Civil Procedure
   b. [ ] California Code of Civil Procedure

4. **I served** the person named in Item 2:
   a. [X] By **Personal service**. By personally delivering copies. If the person is a minor, by leaving copies with a parent, guardian, conservator or similar fiduciary and to the minor if at least twelve (12) years of age.
      1. [X] Papers were served on *(date)*: Wed., Apr. 17 2013 at *(time)*: 1:20PM

   b. [ ] By **Substituted service**. By leaving copies:
      1. [ ] (home) at the dwelling house, usual place of abode, or usual place of business of the person served in the presence of a competent member of the household, at least 18 years of age, who was informed of the general nature of the papers.
      2. [ ] (business) or a person apparently in charge of the office of place of business, at least 18 years of age, who was informed of the general nature of the papers.
      3. [ ] Papers were served on *(date)*: _____ at *(time)*: _____
      4. [ ] by mailing *(by first-class mail, postage prepaid)* copies to the person served in Item 2(b) at the place where the copies were left in Item 2(c).
      5. [ ] papers were mailed on *(date)*: _____
      6. [ ] due diligence. I made at least three (3) attempts to personally serve the defendant.

---
PROOF OF SERVICE - SUMMONS AND COMPLAINT

CV-1 (04/01)                                                                                                          PAGE 1

c. ☐ **Mail and acknowledgment of service.** By mailing *(by first-class mail or airmail, postage prepaid)* copies to the person served, with two (2) copies of the form of Waiver of Service of Summons and Complaint and a return envelope, postage prepaid addressed to the sender. **(Attach completed Waiver of Service of Summons and Complaint).**

d. ☐ **Service on domestic corporation, unincorporated association (including partnership), or public entity. (F.R.Civ.P. 4(h)) (C.C.P. 416.10)** By delivering, during usual business hours, a copy of the summons and complaint to an officer, a managing or general agent, or to any other agent authorized by appointment or by law to receive service of process and, if the agent is one authorized by statute and the statute so requires, by also mailing, by first-class mail, postage prepaid, a copy to the defendant.

e. ☐ **Substituted service on domestic corporation, unincorporated association (including partnership), or public entity. (C.C.P. 415.20 only)** By leaving during usual office hours, a copy of the summons and complaint in the office of the person served with the person who apparently was in charge and thereafter by mailing *(by first-class mail, postage prepaid)* copies to the persons at the place where the copies were left in full compliance with C.C.P. 415.20. Substitute service upon the California Secretary of State requires a court order. **(Attach a copy of the order to this Proof of Service).**

f. ☐ **Service on a foreign corporation.** In any manner prescribed for individuals by FRCP 4(f).

g. ☐ **Certified or registered mail service.** By mailing to an address outside California *(by first-class mail, postage prepaid, requiring a return receipt)* copies to the person served. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

h. ☐ **Other** (specify code section and type of service):

5. Service upon the **United States, and Its Agencies, Corporations or Officers.**

   a. ☐ by delivering a copy of the summons and complaint to the clerical employee designated by the U.S. Attorney authorized to accept service, pursuant to the procedures for the Office of the U.S. Attorney for acceptance of service, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the U.S. Attorneys Office.

   Name of person served:

   Title of person served:

   Date and time of service:   *(date):* _____   at *(time):* _____

   b. ☐ By sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, D.C. **(Attach signed return receipt or other evidence of actual receipt by the person served).**

   c. ☐ By sending a copy of the summons and complaint by registered or certified mail to the officer, agency or corporation **(Attach signed return receipt or other evidence of actual receipt by the person served).**

6. At the time of service I was at least 18 years of age and not a party to this action.

7. Person serving *(name, address and telephone number)*:
   ALAN   THOMAS
   KERN LEGAL SERVICES, INC.
   1614 WEST TEMPLE STREET
   LOS ANGELES, CA 90026
   Phone: 951-255-8405
   [143051]

   a. Fee for service: $ 35.00
   b. ☐ Not a registered California process server
   c. ☐ Exempt from registration under B&P 22350(b)
   d. ☒ Registered California process server

8. ☐ I am a California sheriff, marshal, or constable and I certify that the foregoing is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Date: Fri., Apr. 19 2013

_____
*(Signature)*

**PROOF OF SERVICE - SUMMONS AND COMPLAINT**

CV-1 (04/01)                                                                PAGE 2